No. 82–1472.  KENT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–1482.  MYRON v. TRUST COMPANY BANK LONG-TERM DISABILITY BENEFIT PLAN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 82–1531.  BANK OF NOVA SCOTIA v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 82–1595.  PECORA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–1597.  ELLIS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 82–1614.  BLAZER CORP. v. NEW JERSEY SPORTS AND EXPOSITION AUTHORITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–1654.  MARSHALL ET AL. v. DOE, ON BEHALF OF DOE, A MINOR.  C. A. 5th Cir.  Certiorari denied.

No. 82–1671.  ITT CONTINENTAL BAKING CO., INC., HOSTESS CAKE DIVISION v. BAKERY SALESMEN, DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL UNION NO. 51.  C. A. 6th Cir.  Certiorari denied.

No. 82–1686.  KALARIS, ADMINISTRATIVE APPEALS JUDGE, ET AL. v. DONOVAN, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 82–1694.  COLLIS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–1696.  RASKY v. CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.